## United States District Court for the Southern District of Iowa

Presiding: Honorable Stephanie M. Rose
Criminal No. 4:21-cr-00139-001 : Clerk's Court Minutes – Sentencing

---

UNITED STATES OF AMERICA VS. SUSAN CHRISTINE MCLAUGHLIN

---

Gov. Atty(s): Babasijibomi Asiwaju Moore and Adam J. Kerndt : ☐ Indictment ☐ Superseding Indictment ✔ Information
Def. Atty(s): Melanie S. Keiper : In 1 Count(s) – Code Violation:
Court Reporter: Tonya Gerke : ATTEMPT AND CONSPIRACY TO COMMIT MAIL FRAUD 18:1349 Conspiracy to
Interpreter: N/A : Commit Wire Fraud Affecting a Financial Institution (1)

Date: April 19, 2022 :
Time Start: 12:59 pm  Time End: 1:16 pm :

---

✔ Defendant reaffirmed guilty plea to Count(s) 1. : ☐ Court adopted findings of Final PSR
☐ Jury ☐ Court guilty verdict to Count(s) : ✔ Final PSR as amended

Minutes:

Defendant present with counsel for sentencing. Defendant satisfied with counsel. Defendant advised of maximum penalties and informed of PSR. Parties discuss PSR. Total Offense Level = 2; Criminal History Category = I; Guideline Imprisonment Range = 0 to 6 months. Parties argue appropriate sentence. Defendant waives allocution. Court pronounces sentence. Defendant is advised of appeal rights.

---

Sentence Imposed:

Defendant is sentenced to time served. No term of supervised release to follow. $100 Special Assessment. $500 Fine.

Defendant remains released.

/s./ K. Chrismer
Deputy Clerk